UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JONATHAN ALSTON,                          :

                    Plaintiff,            :           **ORDER**

          -against-                       :           **11 Civ. 2466 (DLC) (MHD)**

CITY OF NEW YORK, <u>et al.</u>,          :

                    Defendants.           :
----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


        It is hereby **ORDERED** that the settlement conference

scheduled in the above-captioned action on **WEDNESDAY, OCTOBER 26,**

**2011 at 2:00 P.M.,** in Courtroom 17D has been rescheduled for

**Courtroom 9B**, 500 Pearl Street, New York, New York 10007-1312.

Please note that this is not Judge Dolinger's usual courtroom.

Any requests for adjournment of this scheduled conference must be

in writing, with copies to all other parties, and must be

preceded by reasonable efforts by the requesting party to obtain

the consent of those parties.


        The parties are to take note of the following requirements

for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
     October 7, 2011

SO ORDERED.

_____

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Robert J. Marinelli, Esq.
Fax: (212) 202-9646

Jenny Sue-Ya Weng, Esq.
Fax: (212) 788-9776